PMC/cm  USAO#2020R00924

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * **CRIMINAL NO.**   JMC-21-086 |
| v. | * |
| | * **(Lewd, Indecent, or Obscene Act,** |
| **MICHAEL HAAK,** | * **49 U.S.C. § 46506(2), D.C. Code Section** |
| | * **22-1312)** |
| **Defendant.** | * |
| | * |

******

## INFORMATION

The United States Attorney for the District of Maryland charges that:

On or about August 10, 2020, on an aircraft in the special aircraft jurisdiction of the United States, namely Southwest Airlines Flight WN 6607, of which he was the pilot in command, the defendant,

**MICHAEL HAAK,**

intentionally committed an act of lewd, indecent and obscene exposure of his genitals in a public place, which if committed in the District of Columbia would violate D.C. Code Section 22-1312 (formerly D.C. Code Section 22-1112).  The acts began, continued and were completed while the aircraft was in flight from Philadelphia International Airport to Orlando International Airport, during which it overflew parts of the District of Maryland and other federal districts.
49 U.S.C. § 46506(2) and D.C. Code Section 22-1312.

April 2, 2021
Date

*Jonathan F. Lenzner*   PMC
Jonathan F. Lenzner
Acting United States Attorney