EXHIBIT A

Case 1:21-cv-02886-RDM   Document 6-2   Filed 02/03/21   Page 2 of 40

# THE·PENNSYLVANIA·STATE·UNIVERSITY

BY·AUTHORITY·OF·THE·BOARD·OF·TRUSTEES·AND·UPON
THE·RECOMMENDATION·OF·THE·FACULTY·AND·OF·THE·SENATE

HEREBY·CONFERS·UPON

## MICHAEL·JAMES·HAAK

THE·DEGREE·OF

## BACHELOR·OF·SCIENCE

IN·RECOGNITION·OF·THE·COMPLETION·OF·THE·MAJOR·IN

## AEROSPACE·ENGINEERING

IN·TESTIMONY·WHEREOF·THE·UNDERSIGNED·HAVE·SUBSCRIBED
THEIR·NAMES·AND·AFFIXED·THE·SEAL·OF·THE·UNIVERSITY·THIS
MONTH·OF·MAY·A·D·1983



PROVOST·OF·THE·UNIVERSITY

DEAN·COLLEGE·OF·ENGINEERING

PRESIDENT·OF·THE·BOARD·OF·TRUSTEES

PRESIDENT·OF·THE·UNIVERSITY

# University of Southern California

The Trustees of the University by virtue of the authority vested in them and on the recommendation of the faculty of

## The Graduate School

have conferred the degree of

## Master of Science in Systems Management

on

## Michael James Haak

Given at Los Angeles, California, on the twenty-first day of December, in the year one thousand nine hundred and eighty-nine

James H. Zumberge
*President of the University*

Geo. T. Scharffenberger
*Chairman of the Board of Trustees*



Barbara Solomon
*Dean*

**EXHIBIT B**

CAUTION: NOT TO BE USED FOR
IDENTIFICATION PURPOSES

THIS IS AN IMPORTANT RECORD.
SAFEGUARD IT.

ANY ALTERATIONS IN SHADED
AREAS RENDER FORM VOID

# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, First, Middle)<br>HAAK MICHAEL JAMES | 2. DEPARTMENT, COMPONENT AND BRANCH<br>AIR FORCE - USAFR | 3. SOCIAL SECURITY NO.<br>195 56 5166 |
|---|---|---|

| 4.a. GRADE, RATE OR RANK<br>CAPT | 4.b. PAY GRADE<br>O-3 | 5. DATE OF BIRTH (YYMMDD)<br>1960 SEP 03 | 6. RESERVE OBLIG. TERM. DATE<br>Year N/A   Month   Day |
|---|---|---|---|

| 7.a. PLACE OF ENTRY INTO ACTIVE DUTY<br>HARRISBURGH PA | 7.b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known)<br>NYACK NY |
|---|---|

| 8.a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND<br>32 MAS (MAC) | 8.b. STATION WHERE SEPARATED<br>NORTON AFB CA |
|---|---|

| 9. COMMAND TO WHICH TRANSFERRED<br>HQ ARPC | 10. SGLI COVERAGE ☐ None<br>Amount: $ 130,000 |
|---|---|

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.)<br><br>1045L - TRANSPORT PILOT (C-141)<br>7 years | 12. RECORD OF SERVICE | Year(s) | Month(s) | Day(s) |
|---|---|---|---|---|
| | a. Date Entered AD This Period | 1984 | MAY | 25 |
| | b. Separation Date This Period | 1991 | JUN | 30 |
| | c. Net Active Service This Period | 07 | 01 | 06 |
| | d. Total Prior Active Service | 00 | 04 | 08 |
| | e. Total Prior Inactive Service | 00 | 00 | 00 |
| | f. Foreign Service | 03 | 01 | 11 |
| | g. Sea Service | 00 | 00 | 00 |
| | h. Effective Date of Pay Grade | 1988 | MAY | 25 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service)<br>Air Force Outstanding Unit Award, Combat Readiness Medal, National Defense Service Medal, Air Force Longevity Service Award Ribbon, Air Force Training Ribbon. |
|---|

| 14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed)<br>Squadron Officer School, 8 weeks, May 88. |
|---|

| 15.a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | Yes | No | 15.b. HIGH SCHOOL GRADUATE OR EQUIVALENT | Yes | No | 16. DAYS ACCRUED LEAVE PAID<br>5.0 |
|---|---|---|---|---|---|---|
| | | X | | X | | |

| 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | X Yes | No |
|---|---|---|

| 18. REMARKS<br>Reissued for administrative corrections, 18 Dec 1991.<br>NOTHING FOLLOWS |
|---|

| 19.a. MAILING ADDRESS AFTER SEPARATION (Include Zip Code)<br>1408 Hunter Road<br>Redlands CA   92374 | 19.b. NEAREST RELATIVE (Name and address - include Zip Code)<br>Carolee Haak, 1611 Corray Way<br>Magnolia CA 21088 |
|---|---|

| 20. MEMBER REQUESTS COPY 6 BE SENT TO   CA   DIR. OF VET AFFAIRS ☐ Yes ☐ No | 22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature)   PHYLLIS M. WHEELES, GS-8<br>Ch, Off Svc Ver Sec A |
|---|---|
| 21. SIGNATURE OF MEMBER BEING SEPARATED<br>MEMBER NOT AVAILABLE TO SIGN | |

## SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION<br>RELEASE FROM ACTIVE DUTY | 24. CHARACTER OF SERVICE (include upgrades)<br>HONORABLE |
|---|---|

| 25. SEPARATION AUTHORITY<br>AFR 36-12 | 26. SEPARATION CODE<br>MBK | 27. REENTRY CODE<br>N/A |
|---|---|---|

| 28. NARRATIVE REASON FOR SEPARATION<br>VOL RELEASE: COMPLETION OF ACTIVE DUTY SERVICE COMMITMENT |
|---|

| 29. DATES OF TIME LOST DURING THIS PERIOD<br>NONE | 30. MEMBER REQUESTS COPY 4<br>Initials |
|---|---|

DD Form 214, NOV 88         Previous editions are obsolete.         MEMBER-4

CAUTION: NOT TO BE USED FOR
IDENTIFICATION PURPOSES

THIS IS AN IMPORTANT RECORD.
SAFEGUARD IT.

ANY ALTERATIONS IN SHADED
AREAS RENDER FORM VOID

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NO. |
|---|---|---|
| HAAK   MICHAEL   JAMES | AIR FORCE – USAFR | 195 56 5166 |

| 4.a. GRADE, RATE OR RANK | 4.b. PAY GRADE | 5. DATE OF BIRTH (YYMMDD) | 6. RESERVE OBLIG. TERM. DATE |
|---|---|---|---|
| CAPT | O-3 | 1960 SEP 03 | Year N/A  Month  Day |

| 7.a. PLACE OF ENTRY INTO ACTIVE DUTY | 7.b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|
| HARRISBURGH PA | NYACK NY |

| 8.a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 8.b. STATION WHERE SEPARATED |
|---|---|
| 52 MAS  (MAC) | NORTON AFB CA |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE |
|---|---|
| HQ ARPC | None  Amount: $ 100,000 |

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) | 12. RECORD OF SERVICE | Year(s) | Month(s) | Day(s) |
|---|---|---|---|---|
| 1045L – TRANSPORT PILOT (C-141)       7 years | a. Date Entered AD This Period | 1984 | MAY | 25 |
| | b. Separation Date This Period | 1991 | JUN | 30 |
| | c. Net Active Service This Period | 07 | 01 | 06 |
| | d. Total Prior Active Service | 00 | 04 | 06 |
| | e. Total Prior Inactive Service | 00 | 00 | 00 |
| | f. Foreign Service | 03 | 01 | 11 |
| | g. Sea Service | 00 | 00 | 00 |
| | h. Effective Date of Pay Grade | 1988 | MAY | 25 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) |
|---|
| Air Force Outstanding Unit Award, Combat Readiness Medal, National Defense Service Medal, Air Force Longevity Service Award Ribbon, Air Force Training Ribbon. |

| 14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed) |
|---|
| Squadron Officer School, 8 weeks, May 88. |

| 15.a. MEMBER CONTRIBUTED TO POST-VIETNAM-ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | Yes | No | 15.b. HIGH SCHOOL GRADUATE OR EQUIVALENT | Yes | No | 16. DAYS ACCRUED LEAVE PAID |
|---|---|---|---|---|---|---|
| | | X | | X | | -8.0- |

| 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | X Yes | No |
|---|---|---|

**18. REMARKS**

Reissued for administrative corrections, 18 Dec 1991.
------------------------------------ NOTHING FOLLOWS ------------------------------

| 19.a. MAILING ADDRESS AFTER SEPARATION (Include Zip Code) | 19.b. NEAREST RELATIVE (Name and address - include Zip Code) |
|---|---|
| 1408 Hunter Road  Redlands CA  92374 | Carolee Haak, 1611 Corray Way  LaJolla CA  91378 |

| 20. MEMBER REQUESTS COPY 6 BE SENT TO    CA | DIR. OF VET AFFAIRS | X Yes | No | 22. OFFICIAL AUTHORIZED (Typed name, grade, title and signature) |
|---|---|---|---|---|
| | | | | PHYLLIS M. WHEELIS, GS-8  Ch, Off Svc Ver Sec A |

| 21. SIGNATURE OF MEMBER BEING SEPARATED |
|---|
| MEMBER NOT AVAILABLE TO SIGN |

# DEPARTMENT OF THE AIR FORCE

## THIS IS TO CERTIFY THAT

## THE AIR FORCE COMMENDATION MEDAL

### HAS BEEN AWARDED TO

### CAPTAIN MICHAEL J. HARI

### FOR

MERITORIOUS SERVICE
16 FEBRUARY 1987 TO 30 JUNE 1991

GIVEN UNDER MY HAND

THIS   FIFTIETH   DAY OF   SEPTEMBER

1991

JOHN T. MITCHELL, Colonel, USAF
Vice Commander, 6 th Military Airlift Wing



# Honorable Discharge

from the Armed Forces of the United States of America

This is to certify that

MICHAEL J BAER                    19255169  CPT  USAFR

was Honorably Discharged from the

# United States Air Force

on the 21ST day of NOVEMBER 1996    This certificate is awarded

as a testimonial of Honest and Faithful Service

CLIFFORD L LINAN
COMMANDER
AIR RESERVE PERSONNEL CENTER

DD FORM 256 AF
1 NOV 51

THIS IS AN IMPORTANT RECORD—SAFEGUARD IT!



# The United States Air Force

**CERTIFIES THAT**

2D LT MICHAEL J. HAAK
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

## HAS SUCCESSFULLY COMPLETED THE

Combined Services Support Program (S-V82-A)

FDS Code - AHP

Course Length – Four Days

3613th Combat Crew Training Squadron, Homestead AFB, Florida

## AND IS HEREWITH AWARDED THIS

*Certificate of Training*

William E. Hardy

WILLIAM E. HARDY, GS-12, 💲AF
Chief, S-V82-A

_____

MAY 2 3 1985

DATE





DEPARTMENT OF THE AIR FORCE · UNITED STATES OF AMERICA · MCMXLVII

The
United
States
Air Force

CERTIFIES THAT

2LT MICHAEL J. HAAK, 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

*Certificate of Training*

HAS SUCCESSFULLY COMPLETED THE

WATER SURVIVAL TRAINING COURSE 3V06A, PDS CODE VBD, COURSE LENGTH THREE DAYS
3613 COMBAT CREW TRAINING SQUADRON, HOMESTEAD AIR FORCE BASE, FLORIDA

AND IS HEREWITH AWARDED THIS



CLARENCE H. GEORGE, Lt Colonel, USAF
Commander

MAY 31 1985

DATE

AF FORM 1256, JAN 82



# The United States Air Force

## CERTIFIES THAT

### OFFICER TRAINEE MICHAEL J. HAAK

HAS SUCCESSFULLY COMPLETED THE

S-V78A-A-0, FLIGHT SCREENING PROGRAM, T-41, PDS CODE SS3   47 HOURS
OFFICER TRAINING SCHOOL, USAF, LACKLAND AFB, TEXAS 78236

AND IS HEREWITH AWARDED THIS

# Certificate of Training

JOSEPH R. SCALLING JR., Capt., USAF
Chief, Student Admin/Academics Division

1 March 84

_____
DATE





The
United
States
Air Force

CERTIFIES THAT

LIEUTENANT MICHAEL J. HAAK, 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

HAS SUCCESSFULLY COMPLETED THE
COMBAT SURVIVAL TRAINING COURSE S-V80-A (ERR)
COURSE LENGTH - 17 DAYS
3612TH COMBAT CREW TRAINING SQUADRON, FAIRCHILD AIR FORCE BASE, WASHINGTON

AND IS HEREWITH AWARDED THIS

Certificate of Training

WILLIAM F. WEAVER, JR., Lt Col, USAF
Commander

29 August 1986
DATE

**EXHIBIT C**

# Certificate of Achievement



# Legible Log Award

This Certificate of Achievement is presented to

*Michael Noak*

for consistently turning in flight green sheets/logs
that are neat and dark enough to be easily
read and sorted.

Our Thanks,

*Donna Sue*

Pilot Payroll Gals – Donna & Sue

SOUTHWEST AIRLINES CO.

Herbert D. Kelleher
Chairman of the Board,
President & Chief Executive Officer

Love Field
P.O. Box 36611
Dallas, TX  75235-1611
(214) 792-4110

**SOUTHWEST**

October 23, 1998

## MEMORANDUM

TO:      Ron Gilliam, Michael Haak, Claudia Banfield, Debby Bailey, and
         Pamela Field

FROM:    Herb and Colleen

RE:      Commendation

We LUVed the enclosed poem written by Mr. Michael Slaman, and we congratulate you on being a great part of his inspiration for writing it.  You're all the BEST!

We LUV you.

*Herb & Colleen*

HDK/CCB/llr

Copy to:
     Paul Sterbenz
     Donna Conover
     Michael Slaman

SOUTHWEST

Herbert D. Kelleher
Chairman of the Board,
President & Chief Executive Officer

Love Field
P.O. Box 36611
Dallas, TX 75235-1611
(214) 792-4110

October 23, 1998

Mr. Michael Slaman
5309 Hanawalt Drive
El Paso, TX 79903

Dear Mr. Slaman:

Your inspiring poem written on September 9 has been forwarded to me. What a beautiful way you have with words, and your glorious "painting" depicting the scene above the clouds made me feel as if I were there!

I truly appreciate your lines regarding our wonderful Employees. Southwest Airlines is an evergrowing and funfilled family--one of which I am extremely proud to be a member. The thing that manages to keep me loving it every minute of every day is warm, dedicated, and energetic Employees such as Ron Gilliam, Michael Haak, Claudia Banfield, Debby Bailey, and Pamela Field, who are always more than willing to go that extra mile for our valued Customers. That is what it's all about; that is what makes a difference; and I am convinced that our Customers recognize that special difference each day that they utilize our services.

It will be a pleasure to share your poem with Ron, Michael, Claudia, Debby, and Pamela, along with my personal thanks for their "inspiring" service. Compliments like yours are what make all of our Employees' efforts worthwhile, and you have my profound thanks for taking the time to write them down.

Thanks again! We'll look forward to seeing you onboard our LUV jets again soon, as we truly value and appreciate your business.

Best regards,

Herbert D. Kelleher

HDK/llr

Copy to:

Paul Sterbenz, Vice President Flight Operations
Donna Conover, Vice President Inflight Services & Provisioning
Joyce Rogge, Vice President Marketing
Ron Gilliam, PHX Captain (5171)
Michael Haak, PHX First Officer (23885)
Claudia Banfield, PHX Flight Attendant (33113)
Debby Bailey, PHX Flight Attendant (23168)
Pamela Field, PHX Flight Attendant (43814)

Sept 9, '98

Southwest Airlines

Here above the clouds;
Above the patterned land below;
The clouds white & fleecy roll
by!
It seems as though God has
painted the sky, the earth —
with ~~bushes~~ abundant color
from desert brown;
To fields of green, lush with
trees and silver ribbons of
water
Above this beautiful land
we fly on Southwest Air
comforted by the skill
of the pilots hand;
And too, we feel the warmth
of safety
three attendents whose attention
to our needs are outstanding!
We ask nothing more; but
God's guidance!!

M. L. Lamar
El Paso, Tx

# SOUTHWEST AIRLINES



### CERTIFICATE OF TRAINING

## Captain Michael J. Haak

*has satisfactorily completed*

## Captain Upgrade Training

*in accordance with the Southwest Airlines*

*FAA Approved Training Program*

VP Flight Operations

Sep. 15, 1999

Date

President, CEO, Chairman of the Board



**INTEROFFICE MEMORANDUM**

May 31, 2000

TO:        Glenn Melendez

FROM:      Jim Sokol

RE:        Commendation

---

I want to thank you for doing an outstanding job fixing the PSU door on February 19th. Your actions allowed us to put this aircraft back in service within a couple of minutes. Your ability to sense the urgency allows us to lead the industry with our commitment towards On Time Performance.

Thank you for working even though you were on your own time with your family. Your efforts are helping us maintain the lead in the airline industry.

A special thank you goes out to Michael Haak for recognizing these great efforts. Thanks again Glenn, for your Positively Outrageous Service. Keep up the fantastic work.

JS/sc

Copy to:        Herb & Colleen
                Jim Wimberly
                Mike Bata
                Greg Crum
                Michael Haak



SOUTHWEST AIRLINES CO.

Herbert D. Kelleher
Chairman of The Board,
President & Chief Executive Officer

Love Field
P.O. Box 36611
Dallas, TX 75235-1611
(214) 792-4110



MAY 2 5 2000

May 25, 2000

## MEMORANDUM

TO: Glenn Melendez (30675)

FROM: Herb and Colleen

RE: Commendation



It always amazes us when we think of how far Southwest Airlines has come in the last 29 years. We've grown far beyond our wildest dreams, and now we're able to give all of America the FREEDOM TO FLY. It's all possible because of the courage, loyalty, sacrifice--and, most of all, LUV of dedicated Employees like you--and Michael Haak, who sent us the enclosed letter honoring you.

We're so proud, and we thank you for always spreading the SOUTHWEST SPIRIT. As always, we LUV you, Glenn!

*Herb & Colleen*

HDK/CCB/wb

Copy to:
Greg Crum
Jim Sokol
Michael Haak

To Southwest Airlines

Thank you Glen Melendez,

On 19 February I was flying from Ontario to Oakland.  When we pulled into the gate in Ontario I was informed  that one of the passenger service units doors was opened a slight amount.  As Glen Melemdez was leaving the airplane and mentioned that he was a Phoenix maintenance specialist.  I asked Glen is he could take a look at the PSU.  At the time he was traveling non-rev with his family.  He quickly fixed the PSU door and saved the day.  If not for Glen's help we would have taken at least an hour delay and paid contract maintenance to fix the door on the PSU.  Thank you Glen Melendez PHX  30675 for your timely help!!

Sincerely
Michael Haak

OAK Pilot  23885



# SOUTHWEST AIRLINES
## A SYMBOL OF FREEDOM®

JUN 27 2000

### LUV REPORT

Employee(s) being Commended __Mike Haak__

SWA Emp. #(s) __23885__   Dept. __Inflight__   Location __OAK__
                                    ~~Flight ops~~
Date of Occurrence __6/25/00__   Station (if applicable) __~~PVDS~~__

Flight # (if applicable) __157__   From __PVD__   To __BWI__

Dear Herb and Colleen:

We would like to say what an awesome Captain Mike is. We were having an Inflight MEDICAL Emergency and members of a group wanted to contact the pax's parents. Nobody's credit card worked because they had been demagnetized. So Mike let the pax's use his credit card. This was way above the call of duty. Thanx for such good effort!!!!!!

---

\* Send to Executive Office
    HDQ-1EO
or submit as you do Irregularity Reports
and your Supervisor will forward to us.

EO-053 (Rev. 9/98)

Submitted By: _Gretchen Pope 48027_
(Please print)   _Jennifer mdlenaae 4807D_
SWA Emp # _Tanya wolfe 48057_
                         (PAS)

SOUTHWEST AIRLINES CO.

Colleen C. Barrett
Executive Vice President-Customers
& Corporate Secretary

Love Field
P.O. Box 36611
Dallas, TX 75235-1611
(214) 792-4112

SOUTHWEST

August 22, 2000

## MEMORANDUM

TO:      Mike Haak (23885)

FROM:    Colleen and Herb

RE:      Commendation



The lengths to which our Employees are willing to go for others is astounding, and the enclosed LUV Report from Gretchen Pope, Jennifer Molenaar, and Tanya Wolf describing your generosity by extending the use of your credit card for a Customer's telephone call in the midst of a medical emergency is a dramatic example.

It's clear to us that you are not only a believer in The Golden Rule, but that you truly put it into practice. Thanks for making a positive difference in the life of our Customers and your Fellow Employees by adhering to one of our most important Core Values. We appreciate Gretchen, Jennifer, and Tanya for taking the time to share this story with us.

*Colleen & Herb*

CCB/HDK/eb

Copy to:
    Greg Crum
    Donna Conover
    Gretchen Pope
    Jennifer Molenaar
    Tanya Wolf

**SOUTHWEST AIRLINES CO.**

Colleen C. Barrett
Executive Vice President-Customers
& Corporate Secretary

Love Field
P.O. Box 36611
Dallas, TX 75235-1611
(214) 792-4110

December 26, 2000

## MEMORANDUM

TO:     Todd Hairston (23097) and Carthon Merrick (55903)

FROM:   Colleen and Herb

RE:     Commendation



Actions such as those described in the enclosed letter we received from Mike Haak, show us that you are strong and fit for the "battle" in our FREEDOM REVOLUTION--and, more importantly, that your Fellow Troopers can count on you to "go the extra mile"!

Thank you, Todd and Carthon, for your dedication, loyalty, and POSITIVELY OUTRAGEOUS SERVICE. We know it's not easy "in the trenches"!

We're so proud, and we thank you for always spreading the SOUTHWEST SPIRIT. As always, we LUV you!

*Colleen & Herb*

CCB/HDK/wb

Copy to:
   Dave Ridley
   Greg Crum
   Mike Haak

Jessica —
972-900-0936
After 11:30

**SOUTHWEST AIRLINES CO.**

Executive Office

Love Field
P.O. Box 36611
Dallas, TX 75235-1811
(214) 792-4112

8/8/2006

## MEMORANDUM

TO:        Mike Haak

FROM:    Colleen Barrett and Gary Kelly

RE:        Commendation

As you may know, our Flight Crew Planning & Scheduling Department recognizes one Pilot from each Base on a monthly basis—a Pilot who is cooperative, friendly, and enthusiastic, and who practices The Golden Rule when dealing with our Flight Crew Schedulers. We are delighted to tell you that you are the MCO-based Pilot selected by our Flight Crew Schedulers for the month of July. Congratulations upon this well-deserved recognition, and thank you for exhibiting, by your positive interactions with our Flight Crew Planning & Scheduling group, that you recognize the importance of Teamwork to our overall success.

We hope you will accept the enclosed green positive space pass in the Spirit in which it is being sent. It is also sent with tons of thanks and tons of LUV.

*Colleen*                          *Gary*

CCB/GCK/arm

Enclosure:   One Green Positive Space Pass

Copy to:
   Greg Crum
   MCOINF
   Ike Eichelkraut



SOUTHWEST AIRLINES CO.

Colleen C. Barrett
President

Love Field
P.O. Box 36611
Dallas, TX 75235-1611
(214) 792-4112

February 14, 2007                                        019185

## MEMORANDUM

TO:          Marie

FROM:        Colleen

RE:          Commendation

    The attached commendation makes my heart *smile and fills me with great pride* because you contribute so meaningfully to Southwest in so many ways.  Thank you from the bottom of my heart for showing our valued Customers—Internal and External—the true character of Southwest.  I appreciate your proactive efforts to clean the plane during a recent delay—your "whatever it takes" attitude is awesome, and I am so proud of you!  Your hard work and perseverance make Southwest a success, and I am grateful to you for sharing your Servant's Heart.



CCB/ts

Copy to:
    Greg Wells
    Teresa Laraba
    Chris Wahlenmaier
    Joni Taylor
    Mike Haak



Colleen C. Barrett
President

Love Field
P.O. Box 36611
Dallas, TX 75235-1611
(214) 792-4112

Case 1:21-cr-00086-JMC   Document 8-1   Filed 05/25/21   Page 28 of 40

May 2, 2007                                                                030275

## MEMORANDUM

**TO:**       Rhonda Rogers

**FROM:**   Colleen

**RE:**       Commendation

It is a thrill for me to read Mike Haak's LUV Report, and I am pleased that you have "taken to heart" our goal to be number one in Customer Service! Your desire to be the best sets a tremendous example for all Southwest Employees, and I thank you for your willingness to "go the extra mile." I encourage you to share the copy of your LUV Report with your immediate Leader and suggest that it be placed in your personnel file.

The challenges that we face are many, but—as you have demonstrated—Employees who turn challenges into opportunities are passionate Teamplayers, and I thank you for sharing your Warrior Spirit!



CCB/ts

Enclosure:   Servant's Heart Sticker

Copy to:
      Mike Haak



Mike Haak #23885
May 15, 2007

## Letter of Appreciation

The MCO Chief Pilots want to take this opportunity to say **"Thank You"** for participating and celebrating the 10th Anniversary of the Adopt-A-Pilot program. You have made a huge difference in our Company's Culture, and more importantly, in the lives of the school children you have touched! Southwest Airlines salutes your outstanding commitment and dedication in helping students reach for their dreams. As a Company we had more than 650 Southwest Pilots volunteering their time to participate with more than 30,000 students nationwide. Next year, with your continued support, we are hoping to improve the number of participating Pilots at the Orlando Base.

Thanks to Chuck Magill, VP of Flight Operations, who has kindly donated two Gold passes to be combined with a hotel package from the Adopt-A-Pilot Committee. Each Pilot Base will recognize one of their participating Pilots in a drawing for one of the travel packages. Stay tuned for an announcement of the winners!

Last, but not least, this year's winner of "The Base with Pace" recognition award was the MDW Pilot Base. Chicago had just over 16% of the MDW-based Pilots participating in the program. Way to go MDW!

The plans for Adopt-A-Pilot 2008 are already in the works, and we need your input in making it an even better year than last. If you have any suggestions or ideas that could help add another dimension to the program and raise the bar of community relations, please send an email to adoptapilot@wnco.com.

Many thanks for making a difference in America's classrooms, being involved in your community and for representing Southwest Airlines and the MCO Pilot base in the 2007 Adopt-A-Pilot program. You truly are the *Spirit of Southwest!*

Respectfully,

*Kent, Tim & Randy*

Your MCO Chief Pilots
Southwest Airlines Flight Operations


cc: Chuck Magill – VP of Flt Ops
    Employee File



**SOUTHWEST AIRLINES CO.**

Chuck Magill
Vice President
Flight Operations
P.O. Box 36611
2702 Love Field Dr.
HDQ 4SY
Dallas, Texas 75235-1611
(214) 792-6019

December 8, 2009

Mike,

As you may know, our Flight Crew Planning & Scheduling Department recognizes one Pilot from each domicile on a monthly basis—a Pilot who is cooperative, friendly, enthusiastic, and practices The Golden Rule when dealing with our Flight Crew Schedulers.

I am delighted to tell you that you are the MCO-based Pilot selected by our Flight Crew Schedulers for the month of October. Congratulations for earning this well-deserved recognition, and thank you for exhibiting, by your positive interactions with our Flight Crew Planning & Scheduling group, that you recognize the importance of Teamwork.

The enclosed gold positive space pass is sent with tons of thanks and LUV.

Sincerely,

Captain Chuck Magill
Vice President Flight Operations

Enclosure:    One Gold Positive Space Pass

Copy to:      Gary Kelly
              Carl Kuwitzky

Andrew Kennedy

**Subject:**                    FW: Commendation from Gary Kelly

**From:** <no-reply@customercommunications.southwest.com>
**Date:** June 13, 2016 at 4:35:38 PM EDT
**To:** <omar.avila@wnco.com>, <nayeun.kim@wnco.com>, <mike.haak@wnco.com>,
<stephen.dupree@wnco.com>
**Cc:** <tammi.feuling@wnco.com>, <john.fluhart@wnco.com>
**Subject: Commendation from Gary Kelly**

**Southwest**

Southwest Airlines Co.
Gary C. Kelly
Chairman of the Board, President &
Chief Executive Officer

I join our Customer in celebrating your hard work and excellent service. Thank you for sharing your Southwest Spirit with our Customers. I appreciate all you do, and I've submitted a Kick Tail entry on your behalf, which will post to your SWAG Recognition Wall soon.

I encourage you to keep a copy of this commendation for your personal files and check your SWAG Recognition Wall often to view a more comprehensive record of all of the recognition that you have received.

*Michael,*
*Awesome job!*
*Thanks for taking great*
*care of your customers & crew.*
*You made a tough situation much better.*
*Thank you*
*Andrew*

*Gary*

<u>Twitter comments from Kody Wood:</u>
*5 star service on flight 4070 from SLC to Den. Stuck on the plane for 2hrs due to weather, but your crew was great. ✈  Special S/O to your Captain Michael Haak who bought frosties and brought them to passengers while we waited!#southwest*

The file reference number for your email is 2114783990303.

1

Southwest Airlines
Flight Operations
9012-C Airport Blvd
Orlando, FL 32827

*Mike,*

May 5, 2006

### Letter of Appreciation

The MCO Chief Pilots want to take this opportunity to say **"Thank You"** for participating in the 2006 Adopt-A-Pilot Program. You have made a huge difference in our Company's Culture, <u>and more importantly</u>, in the lives of the children you have touched! Southwest Airlines salutes your outstanding commitment and dedication in helping students reach their dreams.

You played an important part in making that happen. As a Company we had more than 580 Southwest pilots volunteering their time to participate with more than 700 classrooms nationwide. Here in MCO, our base had 62 "adopted" Pilots (up from 58 last year, which translates to approximately 12.1% of our base population) help us make this a banner year for the base. Next year, with your continued support, we are hoping to improve our effort.

Thanks to Captain Greg Crum's donation, of two Green passes per Pilot Crew base, this year each base will be able to recognize one of their Pilot participants. The winner will also receive a hotel accommodation package compliments of Southwest Airlines Public Relations. This year's winner for MCO is Captain Paul Schulten #18562. Congratulations!

Last, but not least, this year's winner of "The Base with the Pace" is MDW. The MDW base will be the new home for the traveling trophy with 15.9% of the Pilots participating in the program. Way to go MDW!

The plans for Adopt-A-Pilot 2007 are already in the works, and we need your input in making it an even better year than last. If you have any suggestions or ideas that could help add another dimension to the program and raise the bar of community relations, please stop by and let us know or send an email to adoptapilot.com.

Many thanks for making a difference in America's classrooms, being involved in your community and for representing Southwest Airlines and the MCO Pilot base in the 2006 Adopt-A-Pilot program. You truly are the *Spirit of Southwest!*

Respectfully,

Kent, Randy & Tim
Your MCO Chief Pilots
Southwest Airlines

cc: Captain Greg Crum
    Captain Chuck Magill
    Captain Rob Haynes
    Captain Kent Roper
    Linda Hochster-PR
    **Employee File**





**SOUTHWEST AIRLINES CO.**

Colleen C. Barrett
President & Chief Operating Officer

Love Field
P.O. Box 36611
Dallas, TX 75235-1611
(214) 792-4112

May 3, 2004                                                                      377323

## MEMORANDUM

TO:        Michael, Gabe, Nicole, Terrell, and Ron

FROM:    Colleen

RE:        Commendation



Lora Bex Lempert wrote to tell us that your expertise and talent "saved" the day when a late flight posed a threat to her waiting connection in Chicago (MDW) on March 25.

While Michael and Gabe were at the controls up front, flying with lightning speed to MDW, Nicole, Terrell, and Ron entertained Customers in the cabin. Doctor Lempert's own words tell the story best:

My irritation (over the delay) was totally turned around by the humor of the Pilot: ("I'm an expert. I'll get you there. Take your frustration out on the cabin Crew."), followed by the hilarious rendition of all the do's and don'ts of travel required by the FAA. Everyone on the plane was laughing heartily when we took off. The tension was dissipated. What was initially very irritating became a "fun" experience.

That's the type of *Positively Outrageous Service* that has put Southwest at the "head of the pack." And, it's what will keep us thriving in the years to come. My sincere thanks to each of you for caring and for sharing your SOUTHWEST SPIRIT with our Customers each day.

*Colleen*

CCB/bb

Case 1:21-cr-00086-JMC   Document 8-1   Filed 05/25/21   Page 35 of 40

Copy to:      Donna Conover
               Jim Wimberly
               Greg Crum
               Dave Ridley
               Tammye Walker-Jones
               Anne Naylor
               James Story
               Kent Roper
               Vic Zachary

HSK

AUG 0 1 2003



Nancy Ziese
8625 Knottingham Drive
Kissimmee, FL 34747

Southwest Airlines Co.
Executive Office
P. O. Box 36611
Dallas, TX 75235-1611

July 28, 2003

Dear Southwest Airlines Co.:

My sincere apology, for this thank you note is months overdue.

On March 25, 2003 aboard Flight # 1685 with two small children, I was experiencing severe abdominal pain. The staff on board watched over me making sure that I was ok, but all I could do was cry with the severity of pain.

It was at an instant that I began feeling faint, dizzy and weak. I pushed the help button and when I was approached, I told them that I was going to faint. And almost did. I think that they could see it in my face; I was white as a ghost and stared into oblivion.

One flight attendant, who's name I failed to get and wish I would have, put a plan into action and seemed to move like Superwoman. "Is there a doctor or nurse on board?" Well, what do you know, we had both on board.

I had family phone numbers in my pocket and even the captain tried calling family members to inform them of what was occurring. Once we landed at RDU International Airport, Med Vac greeted me, took the appropriate steps and when I was able, personally wheeled me out on a wheelchair. I refused an ambulance because I *thought* I was getting better. Yeah, right.

The pain continued and increased, so my sister drove me to Wake Med in Raleigh where it was determined that I had an ectopic pregnancy and one of my fallopian tubes had ruptured. I had lost two liters of blood (yes, two liters) and within hours, I was having emergency laparotomy surgery.

Whether you may or may not know this, I was in the middle of a life and death experience and the professionalism of your staff exceeded my expectations, especially the one flight attendant. I will never forget what happened to me and will always be grateful to Southwest and your staff. Please know that your training paid off!

The funny thing about all of this is that after the birth of my daughter in July of 2002, I had my tubes tied. Never in a million years did I think I could be pregnant, especially since I was still nursing my daughter. Never say never.

My only wish:

To know the names of the individuals that helped me get through this. Everyone played such an important role. I would love to meet all of you on Oprah so that I could hug all of you, express my gratitude, and see your faces once again. PLEASE contact the staff of Flight # 1685 on March 25, 2003 (or provide me with their address's) and let them know that what they did was so tremendous and helpful, that I wasn't just some terrified passenger afraid to fly – that it was real, and truly appreciated.

A HUGE Thank You to the following: (and I doubt they'll ever know, since I don't know how to get in touch with all of them)

- The Captain
- The Flight Attendants aboard of Southwest Airlines, especially the one in particular
- The Doctor (passenger)
- The Nurse (passenger)
- The lady in the row in front of me who took my son, who occupied his time and helped him through his confusion
- The lady a couple of rows behind me, Nancy Icardi (I did manage to get one name, and to this day, we keep in touch via e-mail), who took my daughter and managed to get her to fall asleep
- The RDU Med Vac team

If I only knew there names…to let them know what happened…the result…and thank them…in person or via mail.

With much gratitude,

Nancy Ziese
8625 Knottingham Drive
Kissimmee, FL 34747
407-396-2885
nancyz17@earthlink.net

cc: Oprah Winfrey ☺



SOUTHWEST AIRLINES CO.

Colleen C. Barrett
President & Chief Operating Officer

Love Field
P.O. Box 36611
Dallas, TX 75235-1611
(214) 792-4112

September 10, 2003                                    339540

## MEMORANDUM

TO:      Mike, John, Bonnie, Charlene, and Mark

FROM:    Colleen        *Colleen*

RE:      Commendation



　　　It was a pleasure to read Ms. Nancy Ziese's letter commending the outstanding job each of you did assisting her when she was faced with a medical emergency on March 25.  It was much later that she found out that it was a life threatening issue she would have to deal with.  We are all extremely grateful for the care, concern, and support you gave to Ms. Ziese.  Indeed, she credits all of you with saving her life and from her description I believe she's right.  We are all thankful for your quick thinking and caring actions on that day.  Thanks so much for doing a great job, for staying cool, and for thinking on your feet.  I appreciate your excellent service on behalf of Southwest and our Valued Customers.  You are all heroes of my heart.

CCB/tc

Copy to:
　　　Jim Wimberly
　　　Greg Crum
　　　Tammye Walker-Jones
　　　Kent Roper
　　　Kathy Peters
　　　Vic Zachary
　　　Nancy Ziese



Tracey Craft
Writing Representative II
Executive Office Customer Communications

Love Field
P.O. Box 36611
Dallas, TX 75235-1647
(214) 792-4836

September 10, 2003                                              339540


Ms. Nancy Ziese
8625 Knottingham Drive
Kissimmee, FL  34747


Dear Ms. Ziese:

    Thank you for your very kind letter commending our Employees.  We are
terribly sorry to learn of your unexpected trip to the emergency room, and we are
very relieved to know that you have fully recovered from your terrible ordeal!

    It is clear from your description of our People's efforts to assist you that
they are generous and caring individuals.  But even the best corporate training
cannot teach people to LUV, and we are blessed to have Employees like these
whose hearts are naturally giving and kind.  We are delighted that you took the
time to commend our outstanding Employees, and I take great personal pleasure
in sharing your letter with each of them.  (We hope you will understand that we
are unable to provide the addresses of those who assisted you.)

    Again, we are thankful that you have fully recovered, because your health
is of paramount importance to us.  Your support and kind words are invaluable to
us, and we'll look forward to welcoming you and your children onboard again
soon, under more normal circumstances, of course.

                              Sincerely,

                              Tracey Craft

/tc

Ms. Nancy Ziese
Page 2

Copy to:
      Jim Wimberly, Executive Vice President & Chief of Operations
      Greg Crum, Vice President Flight Operations & Chief Pilot
      Tammye Walker-Jones, Vice President Inflight
      Kent Roper, Chief Pilot Orlando
      Kathy Peters, Inflight Base Manager Phoenix
      Vic Zachary, Inflight Base Manager Orlando
      Mike Haak, Captain (23885)
      John Bliss, First Officer (43742)
      Bonnie, Flight Attendant (51949)
      Charlene, Flight Attendant (62458)
      Mark, Flight Attendant (68894)

P.S.   We're touched that you've shared your story with Oprah.  I'm sure it would certainly make for a moving show.