## EXHIBIT D



Seminole County Public Schools

# Certificate of Appreciation

This certificate has been awarded to

**Michael Haak**

of

Lake Mary High School

In appreciation for service

in the

Seminole School Volunteer Program

Tracy D. Jackson
D-n-Dends Manager

Principal

Bill Vogel
Superintendent

**EXHIBIT E**

Mark Plussa
10845 Bronson Road
Clermont, FL 34711
352-978-8917
Email: mplussa@cfl.rr.com

Judge Mark Coulson
United States Magistrate

April 18, 2021

Dear Sir,

I am writing to you to attest to the professionalism and integrity of a fellow Captain, Michael Haak. I am aware of the incident that occurred last August, 2020.

I have known Michael Haak for over 20 years. I met him very early in my career at Southwest Airlines. I flew with him as a First Officer and he was a Captain. I was always impressed with his professionalism, and work ethic. He always prioritized safety and compassion for those flying with him. Mike was known for his outgoing personality and was always engaging with both crew and passengers. He was known for going that extra mile and the first to go grab coffee, meals or extra chocolate on those long, stressful trips. His intentions were to always let those under his supervision know they were respected, appreciated and valued. When a mutual friend, and Captain, experienced a tragic event in his life, Mike was the first one I called. I was too far away to get there quickly. He dropped everything and went immediately. He stayed with him until I could get there. He asked me two questions, "What can I do? How can I help?" then told me he was on his way.

This is the person that I have known for over 20 years. I have always respected his leadership skill and to this day I strive to be more like him. The world needs more people of this caliber. His 40 year career has been unblemished. I am not the only colleague that admires and respects him.

Thank you for your time.

Sincerely,

*Captain Mark Plussa*

Captain Mark Plussa
Southwest Airlines

Jeff Gullickson
3902 Wonderland Dr.
Rapid City, SD 57702

April 20, 2021

Honorable J. Mark Coulson
United States Magistrate Judge

Your Honor,

I have known Michael Haak since 1991 when he assisted me in a Boeing 737 Captain qualification course. Obtaining this qualification allowed me to 'reach the next step' in my airline career. I had been flying turboprop aircraft at a commuter airline in the Northwest. The 737 qualification gave me an opportunity to fly turbojet aircraft and to someday be a captain on a Boeing 737. Mike was a valuable asset because he had turbojet experience during his Air Force career. He was helpful to me relative to understanding the differences between the two aircraft and was always more than willing to help!

Multiple times, when I was living in Utah and he in Florida, he and his son stayed with me when they went skiing. They were easy house guests and were always very considerate.

Mike has had a stellar career at Southwest Airlines. From a flying standpoint, he has had a perfect safety record, and from a customer service standpoint, he has received accolades from not only from our external customers/passengers, but also from our internal customers…fellow employees.

I spoke to Mike shortly after I heard about the incident for which I am writing. He was clearly very remorseful…I told him he would get through this, and that I would pray for him.

One thing I would add, Your Honor. It was a lapse in judgement, but safety was not compromised.

Sincerely,

SWA Captain Jeff Gullickson
Retired

Chris and Teresa Halliday

1725 Sparkling Water Circle

Ocoee, FL 34761

321.228.3451

tbhalliday@earthlink.net

April 21, 2021

Honorable Judge J. Mark Coulson

United States Magistrate

Dear Judge Coulson,

My name is Christopher Halliday, and I am the Farm Manager of the University of Florida, Mid-Florida Research and Education Center in Apopka, Florida. My wife, Teresa Halliday is an Underwriter at Digital Risk in Orlando, Florida.

We have known Mike for over 10 years, and I am writing you on his behalf.

I have flown with Mike many times on Southwest while he was off duty, but still in uniform. He has always shown the utmost in professionalism both to the working crew, and to all passengers. If the working crew needed assistance with the preboard passengers, Mike would always lend a cheerful hand.

In one instance in Denver, Colorado, we were waiting on the Captain and First Officer to begin our flight. The plane was idle as it was its first flight of the day. Mike was in uniform and volunteered to prep the plane in advance of the pilot's arrival to reduce the wait time for departure.

I have also coached volleyball with Mike as both of our daughters played for the same volleyball club growing up.

Mike has always been exemplary in following proper procedures as a Captain for Southwest Airlines. I've been around him many times while he was on call, and he never once put his job at risk by not following the company's protocols.

Sincerely,

*Chris Halliday*

*Teresa B. Halliday*

Chris and Teresa Halliday

**NORTHEAST**
WI Technical College

Dr. H. Jeffrey Rafn, President

April 22, 2021

J. Mark Coulson, Magistrate Judge
101 West Lombard Street
Chambers 8D
Baltimore, MD 21201

Dear Judge Coulson:

I am writing this letter on behalf of my cousin-in-law Captain Michael Haak. It was brought to my attention earlier this month that Captain Haak was involved in an incident of indecent exposure while in his role as a pilot for Southwest Airlines.

In my current role, I oversee the sexual harassment policy for an organization with 1,200 employees and close to 30,000 students. Therefore, the severity of the charge is well understood. My concern expands beyond the health and wellness of Captain Haak, but to the other party involved and his wife and two kids. I have known Captain Haak for over 20 years and I am married to his favorite cousin. Outside of my wife's immediate family, Captain Haak and his family were the first of her extended relatives whom I met – and fell in love with. In the absence of my wife's father, he walked her down the isle of our wedding.

Captain Haak is someone that I have looked up to over the years and, on most occasions, strive to be, but better. I was never looked for perfection in our relationship – rather truth and honest. I get that from him and his wife. For this, my wife and I have listed them in our Living Will as trustees of our estate as they both truly care for the well-being of our four kids.

Life is littered with ups and downs. This is an opportunity for Captain Haak to be even more mindful of his behavior and the impact his actions have on others near and far. I stand by him during this period and will be there for him throughout this process. He is my family.

Respectfully,
Mohammed I. T. Bey

Chief Officer for Diversity, Equity, & Inclusion
920-498-6826
Mohammed.bey@nwtc.edu

TOLL FREE 800-422-NWTC

**GREEN BAY**
920-498-5400
2740 W. Mason Street | P.O. Box 19042
Green Bay, WI 54307-9042

**MARINETTE**
715-735-9361
1601 University Drive
Marinette, WI 54143

**STURGEON BAY**
920-746-4900
229 N. 14TH Avenue
Sturgeon Bay, WI 54235

From

Margaret and David Graef

3358 Horseshoe Bend Ct.

Longwood FL 32779


Date April 23, 2021


To

The Honorable J. Mark Coulson

United States

US District Court of Maryland


Judge Coulson

Your Honor, we are writing this letter on behalf of Michael Haak. We have been neighbors of Mr. Haak for the last seventeen years. In the time we have known him, he has proven to be a considerate and dependable neighbor. Over the years we have spent time with him and his family and traveled together. He is a dedicated father and enjoys spending time with his family.

While we do not believe what Mr. Haak is being charged for is acceptable behavior by any means, we wanted to vouch for him as a neighbor and father, as we do believe this to be an isolated incident of bad judgement.


Sincerely

*Margaret Graef*
Margaret Graef

*David Graef*
David Graef

James & Silvia Wright
3340 Horseshoe Bend Ct
Longwood, FL 32779
gymbo@earthlink.net
407-342-9065

April 23, 2021

To The Honorable Judge Mark Coulson
US District Court of Maryland
United States

Re: Michael Haak

Dear Judge Coulson,

This letter is regarding Michael Haak.
We have been neighbors with Michael (Mike) Haak for 20 years and have watched our families grow up together.
He always has had our trust with our children, pets and home. Mike is very helpful and caring neighbor and friend.
Our boys played volleyball together, club and high school, which required a lot of traveling together. We also
have traveled overseas with The Haaks and we have never witnessed anything in the nature of what he is being
charged. Mike is a trusted and respected friend and neighbor, who apparently displayed poor judgement.

Thank you Sir, for taking these comments under consideration.

Respectfully yours,

James R. Wright                                      Silvia P. Wright

Captain Tony K. Clinton
2523 Cross Country Drive
Port Orange FL, 32128
321-696-3799

April 23, 2021

The Honorable Judge Mark Coulson
United States Magistrate Judge

Dear Judge Mark Coulson:

I have known Captain Michael Haak since 2002. He volunteered to help me rebuild an engine back then. In the 20 years since, I have come to know his wife, Kelly and his children, Katia and Jordan well.

Mike is always the person who wants to help. He spent many years coaching youth volleyball and his kids' teams. Because of Mike's enthusiasm and tutelage, a few of his players have gone on to play at the college level. He has earned my respect for his integrity, kindness and supportive nature.

I know of his situation stemming for August 10, 2020. Mike has had a spotless and impeccable record throughout his nine years of military service and his 29-year airline career. Mike has received many accommodations from coworkers and passengers because he truly exemplifies the "Servant's Heart" that is championed at Southwest Airlines.

I know that Mike is sincerely remorseful for his poor decision. I hope that his many years of exemplary service as a husband, father, coach, military officer, and airline Captain will be given due consideration when you determine his punishment.

Sincerely,

*Tony K. Clinton*

Captain Tony K. Clinton

Southwest Airlines, Citadel Class of 1985

# Phillip L Howard III

1433 W Windsong Drive

Phoenix, AZ 85045

(480)273-1121

philhoward3@gmail.com

April 24, 2021

Honorable Judge

Mark Coulson

United States Magistrate

Dear Judge Coulson,

I write this letter in support of my esteemed colleague Michael Haak. I have known Mike for over 32 years. I met Mike when I was assigned to be his Co-Pilot in the C-141 of the 52nd Airlift Squadron Norton Air Force Base, California. During our time at Norton Mike and I flew together many times and I can without hesitation say that he was my favorite Aircraft Commander. After our Air Force careers came to end we reunited in Oakland, California as commercial pilots for Southwest Airlines. I was once again fortunate enough to be assigned Mike's Co-Pilot. After the many years apart I was still able to call Mike my favorite. Through the years we have kept in touch and I have always considered him a friend. You can probably imagine my shock upon hearing the accusations levied against my friend. Mike has always been a fun loving guy with the utmost integrity and professionalism. As I was obviously not present on the day of the incident I cannot speak to the validity of the claims. I can say that I believe Mike's account of the incident based on my knowledge of his character and our history as brothers in arms and professional pilots. Thank you for taking time to hear my thoughts.

Sincerely yours,

Phillip L Howard III

April 24, 2021

Honorable J. Mark Coulson,
Federal Magistrate
101 W. Lombard Street
Baltimore, MD 21201

Ref: Michael Haak

Dear Hon. Coulson,

I am writing in regards of Mr. Michael Haak who comes before this honorable court. It is my understanding that Mr. Haak has been charged with a criminal offense and is seeking to enter a plea of guilty pending your approval. I have been asked to write a letter on his behalf.

I have known Mike Haak for 15 years. We met while he was the volunteer coach of my daughter's middle school volleyball team. Mike's coaching philosophy was about having fun and teaching the girls good sportsmanship. He was popular among the girls and parents. He is still one of my daughter's all-time favorite coaches.

We continued our friendship through the years. Our families became close and regularly gathered socially. He is a good father to his children and was active in their development. Mike was happy to help in my re-election campaign. I remember specifically that at a campaign event, he won the door prize, but insisted on giving it back to be used in another event. He has a good heart. I know Mike to be a kind, considerate and gregarious man who has never said a bad word about anyone. He has raised two remarkable children and he enjoys a long and successful marriage to an equally kind and caring woman.

I am familiar with the facts of the case before the court. I believe this to be a random act of bad judgement. As you will learn, Mike has never been in trouble with the law and has led an exemplary life in our community. After speaking with Mike, I feel that he is sincerely remorseful. Any punishment imposed by this Court will come secondary to the chastisement he has imposed upon himself

I hope this letter aids you in understanding the person that comes before the court. Mike made a mistake, and he is willing to accept the consequences. I pray this Court to sentence him in a compassionate and just manner.

Sincerely,

Jerri Collins

Stephen T. Ball
1780 Oakbrook Drive
Longwood, FL 32779

April 30, 2021

Honorable J. Mark Coulson, Magistrate Judge
United States District Court, District of Maryland
101 West Lombard Street
Chambers 8D
Baltimore, MD 21201

Re:   Michael Haak

Dear Judge Coulson:

I have known Michael Haak for the better part of fifteen years as both a neighbor and a friend. We have lived in the same neighborhood and our kids have grown up together. I have watched Michael coach volleyball for our children as well as helping other kids reach their goals. As an example, my son, Casey, is just this week starting as a pilot with one of American Airlines regional carriers. Michael was instrumental in helping my son's dreams to become a reality by taking him flying on the weekends and encouraging him in the pursuit of his dream.

Although Michael did make a serious error in judgment in the case in question, this is extremely uncharacteristic of him, and one act should not, in my opinion, define a person's life or their character. I have always known Michael to be a very conscientious individual and a family first man. Again, we have all done something in our life that we regret but should not be defined by this. I have talked with Michael and I know he is very remorseful for what took place.

Having been a trial attorney partner at a large international law firm for the better part of 33 years, I have had the opportunity to see and represent many corporations and individuals. I feel that I have become a pretty good judge of people's character as I also hold a Master's Degree in Psychology as well. I say this only to emphasize that I have known Michael and his family for many years and he has always shown himself to me to be a good father to his children, husband to his wife, and a person I am proud to call a friend.

If there is any additional information that I can provide regarding Michael, please do not hesitate to contact me.

Sincerely,

Stephen T. Ball

EXHIBIT F

**SWAPA**
SOUTHWEST AIRLINES PILOTS ASSOCIATION

April 26, 2021

The Honorable J. Mark Coulson
Magistrate Judge
U.S. District Court, District of Maryland
101 West Lombard Street
Chambers 8D
Baltimore, MD 21201

Re:     Michael James Haak (EE# 23885)

Dear Judge Coulson,

Southwest Airlines Pilots Association (the "Association") is the certified labor bargaining unit representing the over 9,000 pilots employed by Southwest Airlines Co. ("Southwest"). The work rules and conditions for Southwest pilots are set forth in the collective bargaining agreement negotiated between the Association and the airline ("CBA"). The current CBA was ratified on November 7, 2016. As a condition of continued employment with Southwest, and in accordance with the provisions of the Railway Labor Act, as amended, each pilot covered in the CBA is required to become a member of the Association.

The Association's business records show that Michael James Haak (EE# 23885) was hired by Southwest as a pilot on January 1, 1994. He retired as a captain from the airline on September 1, 2020. Our business records show that Captain Haak did not have any employment related issues nor complaints for which he would have required union representation. In addition, the Association is informed of any training issues related to its pilot members. Our records also do not show any training issues for Captain Haak. In his 27-year career with Southwest, Captain Haak had spotless employment and training records.

Sincerely,

Captain Michael Santoro
Vice President
E:
O: 214-722-4225

<u>**EXHIBIT G**</u>

Southwest Airlines Co.
Gary C. Kelly
Chairman of the Board
& Chief Executive Officer
2702 Love Field Drive
P.O. Box 36611
Dallas, TX 75235-1611



August 31, 2020

E023885

Michael Haak
3352 Horseshoe Bend Ct
Longwood, FL 32779

Dear Mike:

This is a bittersweet moment. I am grateful you were able to take advantage of the 2020 VSP, and I wish you much happiness and success in this new chapter of your life. However, I'm definitely feeling the sting of having to say good-bye.

There's a little-known quote from Herb that always comes to mind when I think about how many People have been part of our Company since we began—and how they've continually embodied the Spirit of Southwest Airlines. When it comes to growing the Southwest Family, Herb said *"The important thing is to take the bricklayer and make him understand that he's building a home, not just laying bricks."*

You, Mike, are a home builder. For 26 years, you paved your part of our history with "bricks" of kindness, dedication, and hard work. Not only have you helped see us through our most challenging times for more than two decades, you personally contributed to our most meaningful successes. I am immeasurably grateful for your commitment to our Company, our Customers, and to everyone with whom you have worked. I celebrate your talents and accomplishments, your contributions to our Culture, and the friendships you have made.

We are blessed that Southwest has been your home for so many years. We will always be Family. I won't say "good-bye" but, rather, "see you later," as we very much hope to be part of your new adventures and future memories. In that spirit, and with heartfelt gratitude, enclosed is a small gift of remembrance—sent with lots of LUV, of course.

I sincerely wish you all the best.

Best regards,

*Gary*
Gary Kelly

GCK/mvs

Enclosure: Gift

**EXHIBIT H**



# CENTRAL FLORIDA CARDIOLOGY GROUP, P.A

1745 N. Mills Ave · Orlando, FL 32803  
4106 W. Lake Mary Blvd Suite 312  Lake Mary, FL 32746  
2441 W. State Road 426, Suite 2021 · Oviedo, FL 32765  
5979 Vineland Rd Suite 114 Orlando, FL 32819  

(407) 841-7151 · (800) 647-2657  
(407) 333-2142  
(407) 365-7268  
(407) 237-0907  

**Patient:** MICHAEL HAAK  
**DOB:** 9/3/1960  
**SSN:** xxx-xx-5166  
**Patient ID Number:** 100574273  

**Date of Note:** 4/2/2021  

To Whom It May Concern:  
Mr. Haak has been a patient here since 2018. Mr. Haak had a stroke in 2020 and is currently being treated for this condition. If you have any further questions you can reach me at 407-333-2142.

Thank you,

Ajay Thakur, M.D., F.A.C.C. (electronically signed)

---

Scott J. Pollak, M.D., F.A.C.C.  
A. Ralph Rodriguez, M.D., F.A.C.C  
Anil Kumar, M.D., F.A.C.C  

Bruce C. Stein, M.D., F.A.C.C.  
Brian K. Dublin, M.D.  
Ajay Thakur, M.D., F.A.C.C.  
Marcos S. Hazday, M.D., F.A.C.C.  

Phillip R. Anderson III, M.D.  
Milind Parikh, M.D., F.A.C.C.  
Michael P. Potts, M.D., F.A.C.C.